UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **GEORGE ARTHUR BRUMFIELD**  Alabama DOC #129996  **VS.** | **CIVIL ACTION NO. 5:13-cv-3280**  **SECTION P**  **JUDGE S. MAURICE HICKS** |
| **THE STATE OF ALABAMA AND ALABAMA DEPT. OF CORRECTIONS EMPLOYEES AND OFFICIALS** | **MAGISTRATE JUDGE KAREN L. HAYES** |

**J U D G M E N T**

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* (28 U.S.C. §2241) be **DISMISSED** for lack of jurisdiction.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 24th day of February, 2014.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE